## John W. Hereford v. William Lake et als.

In a suit upon a due bill, where there was a variance between the initials of the name with which the bill was signed, and the allegation of the petition as to the name of the person by whom the bill was drawn—*Held:* That a judgment of non suit should be rendered, unless the plaintiff amend his pleadings or at least adduce proof of the fact that they were the same person

APPEAL from the Second District Court of New Orleans, *Morgan,* J. *George L. Bright,* for plaintiff. *C. B. Singleton,* curator *ad hoc,* for defendants and appellants.

DUFFEL, J. This is an appeal taken from a judgment confirming a default.

The petition charges in substance. that *George Wilson, R. P. Crump* and *William Lake,* owners of the steamboat Grenada, are, *in solido,* indebted to the petitioner, in the sum of $1000, the amount of a due bill annexed to the petition and signed by *W. P. Crump* master of said boat, who was by the owners authorized to sign such bills.

The default was confirmed without any other evidence than the due bill, and it is contended, in this court, by the appellee, that the signature to the bill is that of the appellant *R. P. Crump.*

The pleadings should have been amended, or the appellee should. at least, have adduced proof of the facts now disclosed. Having failed to do either, he must be non-suited.

The decision in the case of *Davis, adm'x.* v. *Davis,* 8 An. 91, is not applicable to the one at bar.

It is, therefore. ordered, adjudged and decreed, that the judgment of the District Court be reversed, and that ours be in favor of the appellants, as in case of non-suit, the plaintiff paying the costs of both courts.